

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| PAUL EDWARD MILES, JR. § | |
| § | |
| *Plaintiff,* § | |
| v. § | CIVIL ACTION NO. 1:07CV54 (TH) |
| § | JURY |
| MIDTOWN INVESTMENTS, LLC § | |
| § | |
| *Defendants.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' *Stipulation of Dismissal with Prejudice* [Doc. No. 4] filed May 25, 2007. After reviewing the stipulation, this Court is of the opinion that it should be **GRANTED** and that this civil action should be **DISMISSED WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Parties' *Stipulation of Dismissal with Prejudice* [Doc. No. 4] is **GRANTED** in all things and that this civil action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs of court, expenses, and attorney fees shall be borne by the party incurring same.

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to close this case file.

**SO ORDERED.**

**SIGNED** this the **29** day of **May, 2007.**

_____
Thad Heartfield
United States District Judge